IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ARMOUR ROBINSON,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:12-CV-3853-L** |
| | § | |
| **NEXION HEALTH AT TERRELL, INC.** | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the court is Plaintiff's Application for Award of Attorney's Fees, Costs, and Expenses ("Application") (Doc. 81), filed August 14, 2017. On November 1, 2017, United States Magistrate Judge Renée Harris Toliver entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report"), recommending that the court grant in part the Application and award Plaintiff $246,134.50 in attorney's fees and $7,185.50 in costs of suit. The amount of attorney's fees recommended by the magistrate judge reflects a reduction of $23,388. No objections to the Report were filed.

Having reviewed the Application, file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **grants in part** Plaintiff's Application for Award of Attorney's Fees, Costs, and Expenses (Doc. 81) and **awards** Plaintiff reasonable attorney's fees in the amount of **$246,134.50** and allowable and reasonable costs of suit in the amount of **$7,185.50** against Defendant. The Application is **denied** in all other respects.

**It is so ordered** this 28th day of November, 2017.

                                         Sam A. Lindsay
                                         United States District Judge